IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WC 56 EAST AVENUE, LLC | § | Case No. 19-11649-tmd |
| Debtor | § | |

CLASS [1] BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION

*The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of Sec. 1129(b) of the Code.* **To have your vote count you must complete and return this ballot by the deadline below.**

1. **Fill in as applies to your claims(s).** Fill in more than one ballot if you have more than one claim. Write your Class Number(s) in the Ballot Title above.

The undersigned is a creditor in the unpaid principal amount of $ [15,000,000.00] in Class [1] (*please fill in Class pursuant to plan*).

2. **Check One Box:** [x] Accepts Plan
   [ ] Rejects Plan

3. **Print or Type Name as it appears on Envelope or in Plan**
   
   [56 East Avenue, LP]

   Signed: _____

   Address: [c/o Brian T. Cumings]
   [Graves Dougherty Hearon & Moody, PC]
   [401 Congress Ave., Suite 2700]
   [Austin, TX 78701]

4. **Return this ballot** by mail, fax or email ON OR BEFORE **February 1, 2021 at 5:00 p.m.** (prevailing Central Time) to:

WALLER LANSDEN DORTCH & DAVIS, LLP
Attention: WC 56 Tabulation
100 Congress Ave., Suite 1800
Austin, Texas 78701
Phone: (512) 685-6400
Facsimile: (512) 685-6417
Email: annmarie.jezisek@wallerlaw.com

037546-94063/4813-9995-0037.1